United States District Court
Middle District of Tennessee
Columbia Division

RECEIVED
IN CLERK'S OFFICE
MAR 25 2010
U.S. DIST. COURT
MID. DIST. TENN.

FILED
MAR 19 2010
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Carlos Levy
Petitioner Pro se

v.

David Mills
Respondent.

No. 1:10-00005
Judge Haynes

ORDER
In light of my Order appointing counsel, this motion is DENIED without prejudice to renew by Petitioner's counsel.

[signature]
4-7-10

## Motion For Legal Documents

Petitioner move the court request legal documents from inmate Mike Settle was assisting him in case because petitioner has been moved to another unit at M.C.C.X. and did not have a chance to get his legal documents. Petitioner request the court to Order respondent to have a officer get these documents from Mr. Settle in 24-A-204 and bring to Mr. Levy.

3-17-10
Date

Carlos Levy
Carlos Levy