United States District Court
Eastern District Of Tennessee
At Knoxville

FILED
JAN 26 2010
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Carlos Levy
Petitioner, Pro se

3:10-CV-33

V.

David Mills, Warden
Respondents.

Order Turnmahon was granted see D15 no 21.

## Motion For Appointment Of Counsel

Pursuant to 18 U.S.C. § 3006A(g), the petitioner request appointment of counsel for the following reasons:

1. Petitioner native Puerto Rican that has difficulty speaking English.

2. Petitioner indigent and adequate, effective review is impossible without counsel, to give indigent inmate a meaningful review from his convictions.

3. For these reasons under the Constitution appointed counsel should be granted.

1-19-10
Date

Carlos Levy
Carlos Levy

[memo 6-15-10]