UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **CARLOS LEVY** | ) |
| | ) |
| v. | ) Civil Action No. 1:10-0005 |
| | ) Judge Sharp/Knowles |
| **DAVID MILLS, Warden** | ) |

### O R D E R

Pending before the Court is Petitioner's Unopposed Motion To Continue Status Conference and Evidentiary Hearing. Docket No. 64. This Motion is granted. The Status Conference previously scheduled for December 17, 2013, is continued to **March 4, 2014, at 10:00 a.m.** The Evidentiary Hearing previously scheduled for January 14, 2014, is continued to **April 22, 2014, at 9:30 a.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge